## Commonwealth *v.* Stanford, Appellant.

Before Catania, J., without a jury.

Submitted September 9, 1974. *James P. McHugh,* for appellant; *Anna Iwachiw Vadino, Ralph B. D'Iorio,* and *Vram Nedurian, Jr.,* Assistant

800

District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.